**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                               Case No.: 2:25−mj−08185−JSA

                                                         Magistrate Judge Jessica S. Allen

FRANKLIN NORBERTO BAUTISTA REYES

                              Defendant.

**ORDER**

    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 6/17/2025, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                            June 17, 2025         s/ Magistrate Judge Cathy L. Waldor
                                  DATED                 United States Magistrate Judge