# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| v. | : | Mag. No. 25-mj-8185 |
| FRANKLIN NORBERTO BAUTISTA REYES | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of ALINA HABBA, United States Attorney for the District of New Jersey (Michael A. Hardin, Assistant U.S. Attorney, appearing), and defendant Franklin Norberto Bautista Reyes (Stacy A. Biancamano, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 14, 2025.

2. This Court has granted no § 3161(h)(7)(A) continuances previously in this case.

3. The Court has scheduled a Plea Hearing and Sentencing Hearing in this matter for September 8, 2025.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant, through counsel, has consented to this continuance.

6. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a. Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

    b. A Plea Hearing and Sentencing Hearing are scheduled to take place on September 8, 2025, which would render a trial in this matter unnecessary.

    c. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from July 16, 2025 through September 14, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

/s/ Jessica S. Allen
HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated: July 16, 2025

Form and entry consented to:

- 3 -

| | |
|---|---|
| /s/ *Michael A. Hardin* | /s/ *Stacy Biancamano* |
| Michael A. Hardin | Stacy Biancamano |
| Assistant U.S. Attorney | Counsel for Franklin Norberto Bautista Reyes |